ACCO,(JCx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:16-cv-09499-PSG-JC

17  2817

David Heed v. Universal Health Services Inc et al
Assigned to: Judge Philip S. Gutierrez
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 15:77 Securities Fraud

Date Filed: 12/23/2016
Date Terminated: 06/20/2017
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**David Heed**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Laurence M Rosen**
The Rosen Law Firm PA
355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213-785-2610
Fax: 213-226-4684
Email: lrosen@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

FILED
JUN 2 1 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

V.

**Movant**

**Teamsters Local 456 Pension Fund**

represented by **Robert Vincent Prongay**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310-201-9150
Fax: 310-201-9160
Email: rprongay@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Schaefer Zecca**
Robbins Russell Englert Orseck Untereiner & Sauber LLP
1801 K Street NW Suite 411-L
Washington, DC 20006
202-775-4500
Fax: 202-775-4510
Email: kzecca@robbinsrussell.com
*TERMINATED: 04/25/2017*

**Lester R Hooker**

Saxena White PA
5200 Town Center Circle Suite 601
Boca Raton, FL 33486
561-394-3399
Fax: 561-394-3382
Email: lhooker@saxenawhite.com
*ATTORNEY TO BE NOTICED*

**Steven B Singer**
Saxena White PA
4 West Red Oak Lane Suite 312
White Plains, NY 10604
914-437-8551
Fax: 888-631-3611
Email: ssinger@saxenawhite.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Teamsters Local 456 Annuity Fund**   represented by **Robert Vincent Prongay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Schaefer Zecca**
(See above for address)
*TERMINATED: 04/25/2017*

**Lester R Hooker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven B Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Labourers' Pension Fund of Central and Eastern Canada**   represented by **Danielle S Myers**
Robbins Geller Rudman and Dowd LLP

655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: dmyers@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**City of Providence**   represented by **Michael M Goldberg**

                                                   Goldberg Law PC
                                                   3700 The Strand
                                                   Manhattan Beach, CA 90266
                                                   800-977-7401
                                                   Fax: 800-536-0065
                                                   Email: michael@goldberglawpc.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Universal Health Services Inc**           represented by  **Kathryn Schaefer Zecca**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Alan B Miller**                                  represented by  **Kathryn Schaefer Zecca**
                                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Filton**                                     represented by  **Kathryn Schaefer Zecca**
                                                               (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2016 | 1 | COMPLAINT Receipt No: 0973-19102086 - Fee: $400, filed by Plaintiff David Heed. (Attachments: # 1 certification) (Attorney Laurence M Rosen added to party David Heed(pty:pla))(Rosen, Laurence) (Entered: 12/23/2016) |
| 12/23/2016 | 2 | CIVIL COVER SHEET filed by Plaintiff David Heed. (Rosen, Laurence) (Entered: 12/23/2016) |
| 12/23/2016 | 3 | CERTIFICATE of Interested Parties filed by plaintiff David Heed, identifying none to report. (Rosen, Laurence) (Entered: 12/23/2016) |
| 12/23/2016 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff David Heed. (Rosen, Laurence) (Entered: 12/23/2016) |
| 12/27/2016 | 5 | NOTICE OF ASSIGNMENT to District Judge Philip S. Gutierrez and Magistrate Judge Jacqueline Chooljian. (et) (Entered: 12/27/2016) |
| 12/27/2016 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 12/27/2016) |
| 12/27/2016 | 7 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 4 . The following error(s) was found: Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the |

| | | |
|---|---|---|
| | | summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (et) (Entered: 12/27/2016) |
| 12/29/2016 | 8 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge Philip S. Gutierrez. (ji) (Entered: 12/29/2016) |
| 01/11/2017 | 9 | NOTICE TO PARTIES by District Judge Phillip S. Gutierrez. Effective December 19, 2016, Judge Gutierrez will be located at the 1st Street Courthouse, COURTROOM 6A on the 6th floor, located at 350 W. 1st Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 6A of the 1st Street Courthouse, and all mandatory chambers copies shall be hand delivered to the judge's mail box outside the Clerk's Office on the 4th floor of the 1st Street Courthouse. The location for filing civil documents in paper format exempted from electronic filing and for viewing case files and other records services remains at the United States Courthouse, 312 North Spring Street, Room G-8, Los Angeles, California 90012. The location for filing criminal documents in paper format exempted from electronic filing remains at Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Room 178, Los Angeles, California 90012. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ab) TEXT ONLY ENTRY (Entered: 01/11/2017) |
| 02/21/2017 | 10 | MOTION WITHDRAWN PURSUANT TO NOTICE OF WITHDRAWAL E-FILED 3/23/2017 - NOTICE OF MOTION AND MOTION for Appointment of Counsel *Rosen Law Firm and Appointment of Lead Plaintiff* filed by Movant David Heed. Motion set for hearing on 4/24/2017 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Proposed Order) (Rosen, Laurence) Modified on 3/24/2017 (shb). (Entered: 02/21/2017) |
| 02/21/2017 | 11 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *Rosen Law Firm and Appointment of Lead Plaintiff* 10 filed by Plaintiff David Heed. (Rosen, Laurence) (Entered: 02/21/2017) |
| 02/21/2017 | 12 | DECLARATION of Laurence M. Rosen In Support Of NOTICE OF MOTION AND MOTION for Appointment of Counsel *Rosen Law Firm and Appointment of Lead Plaintiff* 10 filed by Plaintiff David Heed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Rosen, Laurence) (Entered: 02/21/2017) |
| 02/21/2017 | 13 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* filed by Movants Teamsters Local 456 Pension Fund, Teamsters Local 456 Annuity Fund. Motion set for hearing on 4/24/2017 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Proposed Order) (Attorney Robert Vincent Prongay added to party Teamsters Local 456 Pension Fund(pty:mov), Attorney Robert Vincent Prongay added to party Teamsters Local 456 Annuity Fund(pty:mov)) (Prongay, Robert) (Entered: 02/21/2017) |
| 02/21/2017 | 14 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 13 filed by Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund. (Prongay, Robert) (Entered: 02/21/2017) |
| 02/21/2017 | 15 | DECLARATION of Joseph E. White In Support of NOTICE OF MOTION |

| | | |
|---|---|---|
| | | AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 13 filed by Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certification, # 3 Exhibit C -Loss Chart, # 4 Exhibit D - Saxena Firm Resume, # 5 Exhibit E - GPM Firm Resume)(Prongay, Robert) (Entered: 02/21/2017) |
| 02/21/2017 | 16 | NOTICE of Interested Parties filed by Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund, (Prongay, Robert) (Entered: 02/21/2017) |
| 02/21/2017 | 17 | Notice of Appearance or Withdrawal of Counsel: for attorney Danielle S Myers counsel for Movant Labourers' Pension Fund of Central and Eastern Canada. Adding Danielle S. Myers as counsel of record for Labourers' Pension Fund of Central and Eastern Canada for the reason indicated in the G-123 Notice. Filed by lead plaintiff movant Labourers' Pension Fund of Central and Eastern Canada. (Attorney Danielle S Myers added to party Labourers' Pension Fund of Central and Eastern Canada(pty:mov))(Myers, Danielle) (Entered: 02/21/2017) |
| 02/21/2017 | 18 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* filed by lead plaintiff movant Labourers' Pension Fund of Central and Eastern Canada. Motion set for hearing on 4/24/2017 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Proposed Order) (Myers, Danielle) (Entered: 02/21/2017) |
| 02/21/2017 | 19 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 18 filed by Movant Labourers' Pension Fund of Central and Eastern Canada. (Myers, Danielle) (Entered: 02/21/2017) |
| 02/21/2017 | 20 | DECLARATION of Danielle S. Myers in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 18 filed by Movant Labourers' Pension Fund of Central and Eastern Canada. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Myers, Danielle) (Entered: 02/21/2017) |
| 02/21/2017 | 21 | CERTIFICATE of Interested Parties filed by lead plaintiff movant Labourers' Pension Fund of Central and Eastern Canada, (Myers, Danielle) (Entered: 02/21/2017) |
| 02/21/2017 | 22 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* filed by Movant City of Providence. Motion set for hearing on 4/24/2017 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Proposed Order) (Attorney Michael M Goldberg added to party City of Providence(pty:mov)) (Goldberg, Michael) (Entered: 02/21/2017) |
| 02/21/2017 | 23 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 22 filed by Movant City of Providence. (Goldberg, Michael) (Entered: 02/21/2017) |
| 02/21/2017 | 24 | DECLARATION of Michael Goldberg in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 22 filed by Movant City of Providence. (Attachments: # 1 Exhibit A- Certification, # 2 Exhibit B - Loss Analysis, # 3 Exhibit C - Notice, # 4 Exhibit |

| | | |
|---|---|---|
| | | D - Labaton Sucharow Firm Resume)(Goldberg, Michael) (Entered: 02/21/2017) |
| 02/23/2017 | 25 | NOTICE of Appearance filed by attorney Lester R Hooker on behalf of Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund (Attorney Lester R Hooker added to party Teamsters Local 456 Annuity Fund(pty:mov), Attorney Lester R Hooker added to party Teamsters Local 456 Pension Fund(pty:mov))(Hooker, Lester) (Entered: 02/23/2017) |
| 02/27/2017 | 26 | APPLICATION of Non-Resident Attorney Steven B. Singer to Appear Pro Hac Vice on behalf of Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-19424093) filed by Plaintiff Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund. (Attachments: # 1 Exhibit - Certificate of Good Standing, # 2 Proposed Order) (Prongay, Robert) (Entered: 02/27/2017) |
| 03/01/2017 | 27 | ORDER by Judge Philip S. Gutierrez: Granting 26 Non-Resident Attorney Steven B. Singer APPLICATION to Appear Pro Hac Vice on behalf of Movants The Teamsters Local 456 Pension Fund and The Teamsters Local 456 Annuity Fund, designating Robert V. Prongay as local counsel. (bm) (Entered: 03/02/2017) |
| 03/23/2017 | 28 | NOTICE of Withdrawal of Lead Plaintiff Motion filed by Plaintiff David Heed. (Rosen, Laurence) (Entered: 03/23/2017) |
| 04/03/2017 | 29 | OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 22 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *Rosen Law Firm and Appointment of Lead Plaintiff* 10 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 13 filed by Movant Labourers' Pension Fund of Central and Eastern Canada. (Myers, Danielle) (Entered: 04/03/2017) |
| 04/03/2017 | 30 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 22 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 18 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *Rosen Law Firm and Appointment of Lead Plaintiff* 10 filed by Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund. (Prongay, Robert) (Entered: 04/03/2017) |
| 04/06/2017 | 31 | Request for Clerk to Issue Summons on Notice of Deficiency in Request to Issue Summons, 7 filed by Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund. (Prongay, Robert) (Entered: 04/06/2017) |
| 04/07/2017 | 32 | 21 DAY Summons Issued re Complaint 1 as to Defendants Steve Filton, Alan B Miller, Universal Health Services Inc. (bm) (Entered: 04/07/2017) |
| 04/10/2017 | 33 | REPLY In Further Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 13 filed by Movants Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund. (Prongay, Robert) (Entered: 04/10/2017) |
| | | |

| | | |
|---|---|---|
| 04/11/2017 | 34 | Notice of Withdrawal of Motion for Appointment of Counsel, 18 filed by lead plaintiff movant Labourers' Pension Fund of Central and Eastern Canada. (Myers, Danielle) (Entered: 04/11/2017) |
| 04/13/2017 | 35 | WAIVER OF SERVICE Returned Executed filed by Movants Teamsters Local 456 Pension Fund, Teamsters Local 456 Annuity Fund. upon Steve Filton waiver sent by Plaintiff on 4/13/2017, answer due 6/12/2017; Alan B Miller waiver sent by Plaintiff on 4/13/2017, answer due 6/12/2017; Universal Health Services Inc waiver sent by Plaintiff on 4/13/2017, answer due 6/12/2017. Waiver of Service signed by Hunter Smith, Counsel for Defendants. (Prongay, Robert) (Entered: 04/13/2017) |
| 04/17/2017 | 36 | ORDER GRANTING THE MOTION OF THE LOCAL 456 FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL by Judge Philip S. Gutierrez granting 13 MOTION; finding as moot 22 MOTION for Appointment of Counsel (bm) (Entered: 04/17/2017) |
| 04/17/2017 | 37 | Notice of Appearance or Withdrawal of Counsel: for attorney Danielle S Myers counsel for Movant Labourers' Pension Fund of Central and Eastern Canada. Danielle S. Myers will no longer receive service of documents from the Clerks Office for the reason indicated in the G-123 Notice. Danielle S. Myers is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by lead plaintiff movant Labourers' Pension Fund of Central and Eastern Canada. (Myers, Danielle) (Entered: 04/17/2017) |
| 04/24/2017 | 38 | NOTICE of Appearance filed by attorney Kathryn Schaefer Zecca on behalf of Defendants Steve Filton, Alan B Miller, Universal Health Services Inc (Attorney Kathryn Schaefer Zecca added to party Steve Filton(pty:dft), Attorney Kathryn Schaefer Zecca added to party Alan B Miller(pty:dft), Attorney Kathryn Schaefer Zecca added to party Universal Health Services Inc (pty:dft))(Zecca, Kathryn) (Entered: 04/24/2017) |
| 04/25/2017 | 39 | Joint STIPULATION for Order re Pleading filed by Defendants Steve Filton, Alan B Miller, Teamsters Local 456 Annuity Fund, Teamsters Local 456 Pension Fund, Universal Health Services Inc. (Attachments: # 1 Proposed Order)(Attorney Kathryn Schaefer Zecca added to party Teamsters Local 456 Annuity Fund(pty:mov), Attorney Kathryn Schaefer Zecca added to party Teamsters Local 456 Pension Fund(pty:mov))(Zecca, Kathryn) (Entered: 04/25/2017) |
| 05/01/2017 | 40 | ORDER REGARDING PLEADING by Judge Philip S. Gutierrez, re Stipulation 39 : NOW THEREFORE, the Court, in light of the Parties' stipulation, orders as follows: 1. Defendants shall file their unopposed motion for a change of venue no later than May 5, 2017; 2. Defendants shall not be required to file a response to the operative complaint; 3. Lead Plaintiffs shall file an amended complaint at a date to be determined after the Court rules on Defendants' forthcoming, unopposed motion for a change of venue. (bm) (Entered: 05/02/2017) |
| 05/05/2017 | 41 | NOTICE OF MOTION AND MOTION to Transfer Case to U.S. District Court |

| | | |
|---|---|---|
| | | for Eastern District of Pennsylvania *(UNOPPOSED)* filed by Defendant Steve Filton, Alan B Miller, Universal Health Services Inc. Motion set for hearing on 7/3/2017 at 01:30 PM before Judge Philip S. Gutierrez. (Zecca, Kathryn) (Entered: 05/05/2017) |
| 05/05/2017 | 42 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Transfer Case to U.S. District Court for Eastern District of Pennsylvania *(UNOPPOSED)* 41 filed by Defendants Steve Filton, Alan B Miller, Universal Health Services Inc. (Zecca, Kathryn) (Entered: 05/05/2017) |
| 05/05/2017 | 43 | DECLARATION of GARY A. ORSECK IN SUPPORT OF NOTICE OF MOTION AND MOTION to Transfer Case to U.S. District Court for Eastern District of Pennsylvania *(UNOPPOSED)* 41 filed by Defendants Steve Filton, Alan B Miller, Universal Health Services Inc. (Zecca, Kathryn) (Entered: 05/05/2017) |
| 05/05/2017 | 44 | PROPOSED ORDER TRANSFERRING CASE re NOTICE OF MOTION AND MOTION to Transfer Case to U.S. District Court for Eastern District of Pennsylvania *(UNOPPOSED)* 41 filed by Defendants Steve Filton, Alan B Miller, Universal Health Services Inc. (Zecca, Kathryn) (Entered: 05/05/2017) |
| 05/08/2017 | 45 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: [Proposed] Order 44 . The following error(s) was found: Incorrect event selected. Other error(s) with document(s) are specified below The correct event is: Notices-Notice of Lodging. Other: A stand-alone proposed order should submitted by e-filing a Notice of Lodging, with the separate, additional attachment of the proposed order. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bm) (Entered: 05/08/2017) |
| 06/12/2017 | 46 | SUPPLEMENT to NOTICE OF MOTION AND MOTION to Transfer Case to U.S. District Court for Eastern District of Pennsylvania *(UNOPPOSED)* 41 *Supplemental Memorandum* filed by Defendants Steve Filton, Alan B Miller, Universal Health Services Inc. (Zecca, Kathryn) (Entered: 06/12/2017) |
| 06/20/2017 | 47 | ORDER TRANSFERRING CASE 4 by Judge Philip S. Gutierrez. The Court orders that this case be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Pennsylvania for all further proceedings. MD JS-6. Case Terminated. (lom) (Entered: 06/21/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2017 05:47:31 | | | |
| **PACER Login:** | ue0496:4286791:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-09499-PSG-JC End date: 6/22/2017 |
| Billable | | | |

| Pages: | 7 | Cost: | 0.70 |

E-FILED-6/20/17

JS-6

1 **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
2 Gary A. Orseck
3 Kathryn S. Zecca (#178323)
1801 K Street, NW, Suite 411-L
4 Washington, DC 20006
Telephone: (202) 775-4500
5 Facsimile: (202) 775-4510
Email: gorseck@robbinsrussell.com
6 Email: kzecca@robbinsrussell.com

7 *Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID HEED, Individually and on Behalf of All Others Similarly Situated, | No. 16-cv-09499-PSG-JC |
| Plaintiff, | [~~PROPOSED~~] ORDER TRANSFERRING CASE |
| v. |  |
| UNIVERSAL HEALTH SERVICES, INC., ALAN B. MILLER, and STEVE FILTON, |  |
| Defendants. |  |

[~~PROPOSED~~] ORDER TRANSFERRING CASE
CASE NO. 16-cv-09499-PSG-JC–Page 1

# [PROPOSED] ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHEREAS Defendants Universal Health Services, Inc., Alan B. Miller, and Steve Filton ("Defendants") have filed a motion to transfer this case to the United States District Court for the Eastern District of Pennsylvania;

WHEREAS Lead Plaintiffs Teamsters Local 456 Pension Fund and Teamsters Local 456 Annuity Fund ("Lead Plaintiffs") do not oppose the motion;

WHEREAS the Court concludes that the United States District Court for the Eastern District of Pennsylvania would be a more convenient forum for this litigation and that a transfer there would be in the interest of justice;

NOW THEREFORE, the Court orders that this case be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Pennsylvania for all further proceedings.

It is SO ORDERED:

Date: 06/20/17

**PHILIP S. GUTIERREZ**
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Transfer from the Central District of CA on 6/21/17

LS  17-cv-2817

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

17  2817

Address of Plaintiff: __Sweden__

Address of Defendant: __367 S. Gulph Road, King of Prussia, PA 19406; 4619 Rosemead Blvd, Rosemead CA 91770__

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☐

Does this case involve multidistrict litigation possibilities?    Yes☑  No☐

RELATED CASE, IF ANY:
Case Number: __17cv1476 / 17cv1476__    Judge: __Stengel__    Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☒ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                         Attorney-at-Law              Attorney I.D.#    JUN 21 2017

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __6/21/17__    __Steve Toms__    __Deputy Clerk__
                     Attorney-at-Law     Attorney I.D.#

CIV. 609 (5/2012)