IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION FUND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNIVERSAL HEALTH SERVICES, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 17-2817 |

## ORDER

**AND NOW**, this 19th day of August 2019, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 34), Plaintiffs' Response in Opposition to the Motion (Doc. No. 35), Defendants' Reply in Further Support of the Motion (Doc. No. 36), Plaintiffs' Supplemental Brief in Further Opposition to the Motion (Doc. No. 50), Defendants' Supplemental Brief in Further Support of the Motion (Doc. No. 51), the arguments of the parties at the hearing held on September 12, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 34) is **GRANTED** and the Amended Complaint (Doc. No. 30) is **DISMISSED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.