IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL HEALTH SERVICES, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 17-2817 |

## ORDER

**AND NOW**, this 29th day of April, 2020, upon consideration of Lead Plaintiffs' Motion Pursuant to Rule 59(e) to Alter or Amend the Court's Order Dismissing Lead Plaintiffs' Complaint, [and] Requesting Leave for Lead Plaintiffs to Amend the Complaint Pursuant to Fed. R. Civ. P. 15(a) (Doc. No. 62), Defendants' Opposition to Lead Plaintiffs' Motion (Doc. No. 63), Lead Plaintiffs' Reply in Further Support of Their Motion (Doc. No. 67), and in accordance with the Opinion issued this day, it is **ORDERED** that Lead Plaintiffs' Motion (Doc. No. 62) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.