UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL HEALTH SERVICES, INC., et al., <br><br> Defendants. | Case No. 2:17-cv-02817-JHS <br><br> **CLASS ACTION** |

**NOTICE OF MOTION AND LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION AND REQUEST FOR ATTORNEYS' FEES AND EXPENSES**

Pursuant to Federal Rule of Civil Procedure 23, the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4(a)(4) ("PSLRA"), and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated March 2, 2021 (ECF No. 78), Lead Plaintiffs Teamsters Local 456 Pension Fund and Teamsters Local 456 Annuity Fund (collectively, "Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class, respectfully move this Court for entry of an order granting final approval of the Settlement and the Plan of Allocation, and awarding attorneys' fees and reimbursement of Litigation Expenses. The specific terms of the Settlement are set forth in the Stipulation and Agreement of Settlement, which was previously filed with the Court (ECF No. 76).

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Lester R. Hooker in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation and Request for Attorneys' Fees and Expenses and the exhibits thereto, the record and proceedings in this Action, and such other matters the Court may consider

1

at the time of the hearing.  A final hearing in this matter is scheduled for July 15, 2021 at 10:00 a.m. before the Honorable Joel H. Slomsky, United States District Court for the Eastern District of Pennsylvania, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

A [Proposed] Judgment Approving Class Action Settlement, [Proposed] Order Approving Plan of Allocation, and [Proposed] Order Awarding Attorneys' Fees and Reimbursing Litigation Expenses have been submitted herewith.[1]

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Lead Plaintiffs certifies that they have conferred with counsel for Defendants, and Defendants (i) support final approval of the Settlement, and (ii) take no position with request to the Court's approval of the Plan of Allocation or Lead Plaintiffs' request for attorneys' fees and reimbursement of litigation expenses.

Dated: June 10, 2021                                      Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Lester R. Hooker*

Maya Saxena
Joseph E. White, III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Rd., Suite 300
Boca Raton, FL 33434
Tel: 561-394-3399
Fax: 561-394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

---

[1] Lead Plaintiffs will update the [Proposed] Judgment Approving Class Action Settlement with the filing of their reply papers on July 8, 2021, to include in Exhibit 1 thereto the names of any Settlement Class Members who submit valid requests for exclusion.

dpitre@saxenawhite.com

-and-

Steven B. Singer
Kyla Grant
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: 914.437.8551
Fax: 888.631.3611
ssinger@saxenawhite.com
kgrant@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

David M. Promisloff (ID# 200971)
**PROMISLOFF LAW, P.C.**
5 Great Valley Parkway, Suite 210
Malvern, PA  19355
Telephone: (215) 259-5156
Facsimile: (215) 600-2642
David@prolawpa.com

*Local Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2021, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF electronic filing system. The Court's CM/ECF electronic filing system will effect service of a copy of the foregoing on all counsel of record registered with the Court's CM/ECF filing system.

                                                  */s/ Lester R. Hooker*
                                                  Lester R. Hooker